**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.4)**
**Eastern Division**

William Willet
                              Plaintiff,

v.                                          Case No.: 1:25−cv−11344
                                                    Honorable Georgia N. Alexakis

The Federal Savings Bank
                              Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, November 18, 2025:

      MINUTE entry before the Honorable Georgia N. Alexakis: The Court has reviewed the parties' joint initial status report [19] and refers this matter to Magistrate Judge Fuentes for discovery scheduling and supervision and to conduct a settlement conference, as necessary. For Magistrate Judge Fuentes' benefit, the Court notes that the parties have proposed competing discovery schedules in their recent status report. This Court will set any briefing schedule for a dispositive motion following the completion of all discovery and an in−chambers summary judgment conference. The Court vacates the 11/25/25 initial status hearing.(ca, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.