**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.4)**
**Eastern Division**

William Willet
                                            Plaintiff,

v.                                                            Case No.: 1:25−cv−11344
                                                                             Honorable Georgia N. Alexakis

The Federal Savings Bank
                                            Defendant.

**ORDER REFERRING A CIVIL CASE TO THE**
**DESIGNATED MAGISTRATE JUDGE**

      Pursuant to Local Rule 72.1, this case is hereby referred to the calendar of Honorable Gabriel A. Fuentes for the purpose of holding proceedings related to: Discovery supervision and for settlement conference.(ca, )

Dated: November 18, 2025

                                                                                     /s/ Georgia N. Alexakis
                                                                                    United States District Judge