UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.4)
Eastern Division

William Willet
                              Plaintiff,

v.                                                 Case No.: 1:25−cv−11344
                                                            Honorable Georgia N. Alexakis

The Federal Savings Bank
                              Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, November 19, 2025:

       MINUTE entry before the Honorable Gabriel A. Fuentes: This matter coming before the magistrate judge on referral for discovery supervision and settlement (doc. #s [20], [21]), the parties are directed to review the Court's Standing Order for Civil Cases Before Magistrate Judge Fuentes, its advisory Appendix, and the Top Ten Ways to Defeat Settlement, all available on the Court's website. If the parties at any time decide they wish to engage in a settlement conference, they may contact the courtroom deputy, Lauren Knight, at 312−818−6514. Initially, the Court construes the status report (doc. #[19]) is construed as a contested defense motion to bifurcate class and merits discovery in this TCPA putative class action. That motion is denied, for the reasons stated in the accompanying order. Enter Order. Non−bifurcated discovery will proceed on the following schedule: Rule 26(a)(1) disclosures to be served no later than 12/9/25; Written discovery to issue by 12/16/25, fact discovery to close 6/30/26 (with further motion practice allowed on certification−related discovery if necessary). Pleadings to be amended no later than 2/17/26, and no dispositive motion due date set at this time, pending discovery completion. If any expert discovery is anticipated, a proposed schedule must be submitted nearer to the close of fact discovery. A joint status report on discovery progress and settlement is due at noon on 1/29/26. Mailed notice. (lxk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.