IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| WILLIAM WILLET, individually, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>THE FEDERAL SAVINGS BANK,<br><br>Defendant. | Case No.: 1:25-cv-11344<br><br>Judge Georgia N. Alexakis |

## JOINT STATUS REPORT

Plaintiff William Willet (hereinafter referred to as "Plaintiff" or "Willet"), individually and on behalf of all others similarly situated, along with the Defendant The Federal Savings Bank ("Defendant" or "TFSB") submit the following Status Report as required by the Court's November 19, 2025 Order (ECF No. 22).

The parties have engaged in fact discovery over the last several months. Plaintiff served discovery requests, and Defendant provided written responses and hundreds of pages of discovery and ESI. Defendant served its discovery requests on Plaintiff; the responses are not due yet. Defendant has issued a third-party subpoena; the responses are not due yet.

Respectfully submitted,

*/s/ V. Amanda Witts*
V. Amanda Witts, Esq.
Nonny O. George
MITCHELL SANDLER PLLC
2020 K Street NW, Suite 760
Washington, D.C. 20006
Tel: (202) 886-5260
v.awitts@mitchellsandler.com

ngeorge@mitchellsandler.com

and

Steven M. Hartmann (ARDC No. 6185428)
SMITH, GAMBRELL & RUSSELL, LLP
155 N. Wacker Drive, Suite 3000
Chicago, Illinois 60606
(312) 360-652
shartmann@sgrlaw.com

*Attorneys for Defendant*
*The Federal Savings Bank*

*/s/ Anthony Paronich*
Anthony Paronich
Email: anthony@paronichlaw.com
PARONICH LAW, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
Telephone: (617) 485-0018
Facsimile: (508) 318-8100
*Attorney for Plaintiff*

2

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 29, 2026, I electronically filed the foregoing using the CM/ECF system, and that notice of such filing was made electronically to the registered counsel of record.

*/s/ V. Amanda Witts*
V. Amanda Witts
