UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.5)
Eastern Division

William Willet
                              Plaintiff,
v.                                              Case No.: 1:25−cv−11344
                                                Honorable Georgia N. Alexakis
The Federal Savings Bank
                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, January 29, 2026:

    MINUTE entry before the Honorable Gabriel A. Fuentes: On review of the status report (doc. #[25]), no adjustment to the discovery schedule is made, fact remains set to close on 6/30/26, and the next joint status report on the anticipated closure of fact discovery and whether the parties request a settlement conference with the magistrate judge is due at noon on 6/17/26. Mailed notice. (jn,)


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.