# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| WILLIAM WILLET, individually and on behalf of all persons and entities similarly situated, | : : : : | Case No. 1:25-cv-11344 |
| | | Judge Georgia N. Alexakis |
| Plaintiff, | : : | Magistrate Judge Gabriel A. Fuentes |
| v. | : : | |
| THE FEDERAL SAVINGS BANK, an Illinois Federal Savings Association, | : : : | |
| Defendant. | : | |

## PLAINTIFF'S MOTION TO AMEND THE COMPLAINT

Plaintiff William Willet moves to amend the complaint to add a new party who physically dialed the calls at issue. This motion is made pursuant to Fed. R. Civ. P. 15(a)(2) and is supported by the fact that the entity that made the telemarketing calls at issue was only recently disclosed, and the Plaintiff has moved shortly thereafter. Furthermore, Plaintiff is filing this motion within the Court's deadline to amend the complaint.

The proposed amended complaint is attached as Exhibit 1. A redline showing changes from the previous version of the complaint is attached as Exhibit 2.

Dated: February 17, 2026 Respectfully submitted,

/s/ **Brian K. Murphy**
Brian K. Murphy (6225697)
Jonathan P. Misny
Murray Murphy Moul + Basil LLP
1114 Dublin Road
Columbus, OH 43215
Telephone: 614.488.0400
Facsimile: 614.488.0401
E-mail: murphy@mmmb.com
        misny@mmmb.com

Anthony I. Paronich
Paronich Law, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
Telephone: 508.221.1510
E-mail: anthony@paronichlaw.com

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on February 17, 2026, I electronically filed the foregoing with the Clerk of Courts via the CM/ECF System, which will send notification of such filing to all counsel of record.

/s/ **Brian K. Murphy**
Brian K. Murphy