**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| WILLIAM WILLET, individually and on behalf of all persons and entities similarly situated, | : : : | Case No. 1:25-cv-11344 |
| | : | Judge Georgia N. Alexakis |
| Plaintiff, | : : | Magistrate Judge Gabriel A. Fuentes |
| v. | : : | |
| THE FEDERAL SAVINGS BANK, an Illinois Federal Savings Association, | : : : | |
| Defendant. | : | |

**NOTICE OF MOTION**

PLEASE TAKE NOTICE that on Thursday, February 26, 2026, at 9:30 a.m., or as soon thereafter as counsel may be heard, undersigned counsel shall appear before the Honorable Georgia N. Alexakis, or any judge sitting in her stead, and present Plaintiff's Motion to Amend the Complaint.

Dated: February 17, 2026          Respectfully submitted,

                                                         **/s/ Brian K. Murphy**
Brian K. Murphy (6225697)
Jonathan P. Misny
Murray Murphy Moul + Basil LLP
1114 Dublin Road
Columbus, OH 43215
Telephone: 614.488.0400
Facsimile: 614.488.0401
E-mail: murphy@mmmb.com
        misny@mmmb.com

Anthony I. Paronich
Paronich Law, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
Telephone: 508.221.1510
E-mail: anthony@paronichlaw.com

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

     I hereby certify that on February 17, 2026, I electronically filed the foregoing with the Clerk of Courts via the CM/ECF System, which will send notification of such filing to all counsel of record.

                                                          **/s/ Brian K. Murphy**
Brian K. Murphy