# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.5)
### Eastern Division

William Willet

                      Plaintiff,

v.                                               Case No.: 1:25−cv−11344
                                                           Honorable Georgia N. Alexakis

The Federal Savings Bank

                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, February 26, 2026:

      MINUTE entry before the Honorable Georgia N. Alexakis: Telephonic motion hearing held on 2/26/2026. For reasons stated on the record, the Court grants Plaintiff's unopposed motion to amend the complaint [27]. Mailed notice. (sxh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.