AO 440 (Rev. 06/12) Summons in a Civil Action - ILND Electronic Issuance 5/2025

# UNITED STATES DISTRICT COURT
for the

Northern District of Illinois

| | |
|---|---|
| **WILLIAM WILLET** <br> *Plaintiff(s)* <br> v. <br> **THE FEDERAL SAVINGS BANK, et al.** <br> *Defendant(s)* | Civil Action No. 1:25-cv-11344 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

ICONIC RESULTS LLC
c/o A REGISTERED AGENT, INC.
8 THE GREEN, STE A
DOVER, DE 19901

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Brian K. Murphy
Murray Murphy Moul + Basil LLP
1114 Dublin Road
Columbus, OH 43215

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

THOMAS G. BRUTON, CLERK

*Elizabeth Eichenlaub*

February 27, 2026

(By) DEPUTY CLERK

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:25-cv-113444

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* <u>Iconic Results LLC</u> was received by me on *(date)* <u>Mar 2, 2026, 9:58 am.</u>

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* <u>Cindy Ben, Corporate Specialist authorized to accept</u> , who is designated by law to accept service of process on behalf of *(name of organization)* <u>Iconic Results LLC</u> on *(date)* <u>Mon, Mar 02 2026 at 3:16 PM</u> ; or

☐ I returned the summons unexecuted because: _____ ; or

☐ Other: _____ ; or

My fees are $ _____ for travel and $ _____ for services, for a total of $ <u>$105.00</u>.

I declare under penalty of perjury that this information is true.

Date: March 03, 2026

*Sharlene Brooks*
*Server's signature*

Sharlene Brooks, Process Server
*Printed name and title*

3516 Silverside Road, Unit 16, Wilmington, DE 19810
*Server's address*

Additional information regarding attempted service, etc.:

Documents Served: Summons in a Civil Action; First Amended Class Action Complaint for Statutory Damages and Request for Injunctive Relief with Jury Demand

1) Successful Attempt: Mar 2, 2026, 3:16 pm EST at A Registered Agent, Inc. 8 The Green, Suite A, Dover, DE 19901 received by Cindy Ben, Corporate Specialist authorized to accept. Age: 55; Ethnicity: African American; Gender: Female; Weight: 150; Height: 5'6"; Hair: Black.