**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| WILLIAM WILLET, individually and on behalf of all others similarly situated,<br><br>Plaintiff(s),<br><br> v.<br><br>THE FEDERAL SAVINGS BANK and ICONIC RESULTS LLC,<br><br>Defendants. | Case No. 1:25-cv-11344<br><br>Judge Georgia N. Alexakis |

## DEFENDANT ICONIC RESULTS LLC'S NOTIFICATION OF AFFILIATES

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 3.2, the undersigned counsel for Defendant Iconic Results LLC ("Iconic Results") hereby certifies that Iconic Results has no corporate parent or other corporate affiliate. No publicly owned corporation owns 5% or more of the stock of Iconic Results. There are no other entities besides the named parties and their counsel that have a financial interest in the outcome of this litigation.

Dated:   June 10, 2026

KELLEY DRYE & WARREN LLP

By:     */s/ Becca J. Wahlquist*
Becca J. Wahlquist
350 South Grand Ave.
Suite 3800
Los Angeles, CA 90071
Tel: (213) 547-4900
Fax: (213) 547-4901
bwahlquist@kelleydrye.com

*Counsel for Defendant*
*Iconic Results LLC*

2

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 10, 2026, I electronically filed the foregoing with the Clerk of

Courts via the CM/ECF System, which will send notification of such filing to all counsel of record.


By:   */s/ Becca J. Wahlquist*
           Becca J. Wahlquist

2