**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

William Willet

                 Plaintiff,

v.                                    Case No.: 1:25−cv−11344
                                    Honorable Georgia N. Alexakis

The Federal Savings Bank, et al.

                 Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, June 11, 2026:

      MINUTE entry before the Honorable Gabriel A. Fuentes: With newly added defendant Iconic Results having answered, the joint report due at noon on 6/17/26 from all parties on discovery progress and settlement status should contain the parties' views after Rule 26(f) conferral on discovery scheduling and the current fact cutoff of 6/30/26. Mailed notice. (kp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.