**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

William Willet

      Plaintiff,

v.              Case No.: 1:25–cv–11344
               Honorable Georgia N. Alexakis

The Federal Savings Bank, et al.

      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, June 17, 2026:

  MINUTE entry before the Honorable Gabriel A. Fuentes: On review of the parties' joint status report (doc. #[39]) reporting that the parties have mutually agreed to extend the fact discovery deadline by 120 days in light of newly added defendant Iconic Results LLC filing its Answer and Affirmative Defenses on 6/10/26, the Court construes the report as a joint motion to extend the 6/30/26 fact discovery completion deadline. That motion is granted for good cause shown as stated in the report. Fact discovery to close on 10/28/26 and is firm; expert discovery scheduling deferred until nearer the close of fact discovery. A joint status report on discovery progress and settlement status is due by noon on 8/17/26, with the report to include whether the parties are then interested in a settlement conference with the magistrate judge. Mailed notice. (jn,)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.