**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| WILLIAM WILLET, individually and on behalf of a class of all persons and entities similarly situated,<br><br>Plaintiff,<br>v.<br><br>THE FEDERAL SAVINGS BANK and ICONIC RESULTS LLC,<br><br>Defendants. | Case No. 1:25-cv-11344<br><br>**JURY TRIAL DEMANDED** |

**JOINT STATUS REPORT**

Pursuant to the Court's minute Order, the parties submit this Joint Status Report regarding the progress of discovery, the status of settlement discussions, and whether the parties are interested in a settlement conference with the Magistrate Judge.

Discovery remains ongoing. Since the parties' prior status report, the parties have continued to exchange written discovery and documents and to meet and confer regarding discovery issues. On July 16, 2026, Plaintiff served a second set of discovery requests on The Federal Savings Bank. At The Federal Savings Bank's request, Plaintiff agreed to extend its deadline to respond to that discovery through August 31, 2026. Accordingly, responses to Plaintiff's second set of discovery requests remain forthcoming.

Discovery involving Defendant Iconic Results LLC has also progressed. Iconic Results has served its responses to Plaintiff's First Set of Discovery and produced documents bearing. The parties anticipate continuing written discovery and document production and conducting any necessary depositions as discovery proceeds.

The parties have discussed settlement but have not reached a resolution. At this time, the parties continue to evaluate the case and are not presently interested in a settlement conference

with the Magistrate Judge. The parties will advise the Court if their positions change and they determine that a settlement conference would be productive.

Respectfully submitted,

/s/ *Anthony I. Paronich*
Anthony I. Paronich
Paronich Law, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
(508) 221-1510
anthony@paronichlaw.com
*Counsel for Plaintiff*

*/s/ Becca Wahlquist*
Becca Wahlquist
bwahlquist@kelleydrye.com
Kelley Drye & Warren LLP
350 S. Grand Ave. Suite 3800
Los Angeles, CA 90071
(213) 547-4916
*Counsel for Iconic Results LLC*

*/s/ V. Amanda Witts*
V. Amanda Witts, Esq.
Nonny O. George, Esq.
MITCHELL SANDLER PLLC
2020 K Street, NW, Suite 760
Washington, DC 20006
(202) 886-5260
v.awitts@mitchellsandler.com
ngeorge@mitchellsandler.com
*Counsel for The Federal Savings Bank*