**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

William Willet

Plaintiff,

v.

Case No.: 1:25−cv−11344
Honorable Georgia N. Alexakis

The Federal Savings Bank, et al.

Defendant.

---

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, August 19, 2026:

MINUTE entry before the Honorable Gabriel A. Fuentes: Upon review of the parties' joint status report (doc. #[41]) relating that discovery is progressing on schedule, the discovery schedule (doc. #[40]), including the 10/28/26 fact discovery cutoff, stands. The next joint discovery and settlement status report is due by noon on 11/2/26. Mailed notice. (jn,)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.