**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| WILLIAM WILLET, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>THE FEDERAL SAVINGS BANK and ICONIC RESULTS LLC,<br><br>Defendants. | Case No.: 1:25-cv-11344<br><br>Judge Georgia N. Alexakis |

**STIPULATION OF DISMISSAL**

Plaintiff William Willet and Defendants The Federal Savings Bank and Iconic Results LLC (collectively, the "Parties") file this Stipulation of Dismissal pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii). The Parties hereby stipulate to the dismissal of Plaintiff's individual claims in this action, with prejudice. The Parties further stipulate to the dismissal of the claims of the putative class members, without prejudice. The action should be dismissed with no further costs or charges to be incurred by the Parties.

Dated: November 4, 2026

Respectfully submitted,

By: *<u>/s/ V. Amanda Witts</u>*
V. Amanda Witts, Esq.
Nonny O. George, Esq.
MITCHELL SANDLER PLLC
2020 K Street NW, Suite 760
Washington, D.C. 20006
Tel: (202) 886-5260
v.awitts@mitchellsandler.com
ngeorge@mitchellsandler.com
*Counsel for Defendant*
*The Federal Savings Bank*

*/s/ Becca Wahlquist*
Becca Wahlquist
bwahlquist@kelleydrye.com
Kelley Drye & Warren LLP
350 S. Grand Ave., Suite 3800
Los Angeles, CA 90071
(213) 547-4916
*Counsel for Defendant*
*Iconic Results LLC*

*/s/ Anthony I. Paronich*
Anthony I. Paronich
Paronich Law, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
(508) 221-1510
anthony@paronichlaw.com
*Counsel for Plaintiff*