**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

William Willet
Plaintiff,
v.
The Federal Savings Bank, et al.
Defendant.

Case No.: 1:25−cv−11344
Honorable Georgia N. Alexakis

# NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, November 5, 2026:

MINUTE entry before the Honorable Georgia N. Alexakis: Pursuant to the parties' stipulation of dismissal [44] and Federal Rule of Civil Procedure 41(a)(1)(A)(ii), this matter is dismissed with prejudice as to Plaintiff's individual claims and without prejudice as to the claims of the putative class members. Civil case terminated. Mailed notice. (vkm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.